UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NEGRI PROPERTY, LLC,**

      **Plaintiff,**

v.                                              Case No. 6:23-cv-1089-CEM-LHP

**CENTURY SURETY COMPANY,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Stipulation for Final Order of Dismissal (Doc. 21). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 21, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record